**Order entered August 19, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00385-CV

**EVER CONSTRUCTION CORP & JASON KANG, Appellants**

**V.**

**SUNG SU, Appellee**

**On Appeal from the County Court at Law No. 1
Dallas County, Texas
Trial Court Cause No. CC-10-05012-A**

## ORDER

The Court has before it appellants' August 15, 2013 unopposed first motion for extension of time to file reply brief. The Court **GRANTS** the motion and **ORDERS** that any reply brief be filed by September 3, 2013.

/s/    ELIZABETH LANG-MIERS
        JUSTICE